RECEIVED
DEC 1 5 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CANDY NESS | CIVIL ACTION NO. 6:13CV2136 |
| VERSUS | JUDGE DOHERTY |
| LOUISIANA HEALTH SERVICE & INDEMNITY CO | MAGISTRATE JUDGE HILL |

## MEMORANDUM RULING

Currently pending before this Court is a Motion for Summary Judgment [Doc. 14], filed on behalf of defendant, Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana ("BCBSLA"). By way of its motion, defendant seeks dismissal of plaintiff's claims brought against it "on the grounds that neither Plaintiff nor her daughter were covered by a health plan either administered or insured by BCBSLA." [Doc. 20, p.1] Plaintiff has not opposed the motion. Accordingly, the motion for summary judgment, appearing to be well-founded in law and fact and being unopposed by the plaintiff, is hereby GRANTED. All claims against defendant are DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 15 day of December, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

-1-